**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7071**

———————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

MARK WRIGHT,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, Chief District
Judge.  (4:11-cr-00078-TLW-9)

———————

Submitted:  October 21, 2013          Decided:  October 25, 2013

———————

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Mark Wright, Appellant Pro Se.  Alfred William Walker Bethea,
Jr., Assistant United States Attorney, Florence, South Carolina,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Wright appeals the district court's order denying his motion for specific performance to compel the Government to file a motion under Fed. R. Crim. P. 35(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Wright, No. 4:11-cr-00078-TLW-9 (D.S.C. May 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED